FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 23 2006 ★
TIME A.M. P.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Refik Purisic, et al.,

                Plaintiffs,      CV-05-2643 (CPS)

    - against -

                                 ORDER

Kaur Bhupinder, et al.,

                Defendants.

----------------------------------------X

No objections to the Report and Recommendation of Magistrate Judge Pollak dated July 7, 2006, having been filed by the parties, the Report and Recommendation is hereby adopted.

The Clerk is directed to furnish a copy of the within to all parties and to the magistrate judge.

SO ORDERED.

Dated :    Brooklyn, New York
            August 21, 2006

                                              United States District Judge