UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

Refik Purisic, et al.,

        Plaintiff,    CV-05-2643 (CPS)

  - against -

               ORDER OF
Kaur Bhupinder, et al.,       DISMISSAL

        Defendants.

----------------------------------------x

    The Magistrate Judge having filed a report recommending that this case be dismissed for failure to prosecute and ten days to file objections set forth in Rule 72(b) of the Federal Rules of Civil Procedure having expired and no objections having been filed, it is hereby

    ORDERED that the Magistrate's Report and Recommendation is adopted and that the matter is dismissed in its entirety.

    The Clerk is directed to provide a copy of the within to all parties and to the assigned magistrate judge.

    SO ORDERED.

Dated : Brooklyn, New York
     September 20, 2006

                     District Judge